KURT R. BOCKES, Bar No. 171647
ANGELA J. RAFOTH, Bar No. 241966
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: kbockes@littler.com
          arafoth@littler.com

Attorneys for Defendant
MONUMENTAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HADDAD,<br><br>                Plaintiff,<br><br>      v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No. CV 13 1636 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE AN AMENDED COMPLAINT AND EXTEND DEFENDANT'S TIME TO RESPOND** |

Plaintiff Joseph Haddad ("Plaintiff") and Defendant Monumental Life Insurance Company ("Defendant"), through their respective counsel, stipulate as follows:

WHEREAS Plaintiff, a former employee of Defendant, filed a Complaint against Defendant in this Court on April 10, 2013;

WHEREAS the parties have conferred regarding the causes of action alleged in Plaintiff's complaint in an effort to avoid unnecessary motion practice;

WHEREAS Plaintiff wishes to file an Amended Complaint;

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. RE AMENDED COMPLAINT                                                          Case No. CV 13 1636 JSC

1  WHEREAS the parties agree that it would be inefficient for the parties and the Court for Defendant to respond to the initial Complaint, which response is currently due May 9, 2013, and have Plaintiff file an Amended Complaint mere days later.

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, as follows:

1. Defendant's time to respond to Plaintiff's Complaint is extended to May 17, 2013;

2. Plaintiff may file an Amended Complaint on or before May 10, 2013;

3. In the event Plaintiff files an Amended Complaint, Defendant shall have until May 31, 2013, to answer or otherwise respond to Plaintiff's Amended Complaint.

IT IS SO STIPULATED.

Dated: May 1, 2013

/s/ Kurt R. Bockes
KURT R. BOCKES
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
MONUMENTAL LIFE INSURANCE COMPANY

Dated: May 1, 2013

/s/ Frear Stephen Schmid
FREAR STEPHEN SCHMID
LAW OFFICES OF GARY A. ANGEL
Attorneys for Plaintiff
JOSEPH HADDAD

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: __5/2__, 2013

_____
U.S. DISTRICT

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Firmwide:119795452.3 071786.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIP. RE AMENDED COMPLAINT**   2.   Case No. CV 13 1636 JSC