United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HADDAD,<br><br>          Plaintiff,<br><br>    v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No.: C-13-01636 YGR (JSC)<br><br>**ORDER RE: PLAINTIFF'S LETTER BRIEF (Dkt. No. 36)** |

      The parties in this action previously filed a joint discovery letter brief concerning, among other things, whether Defendant should be required to produce "the redacted names, account (insurance and bank) numbers, and addresses of insurance customers that appear in the context of an audit report and supporting documents that MLIC claims were the basis for Plaintiff's termination." (Dkt. No. 34 at 1.) The Court ruled in Plaintiff's favor, with the exception of the customer account numbers since Plaintiff failed to provide an explanation for needing them. (Dkt. No. 35.)

      Plaintiff has now filed a letter brief that sets forth his reasons for needing the customers' private information. Specifically, for at least some of the audit-related documents, the customer account numbers are the only identifying information on the documents; without the numbers,

1  Plaintiff cannot determine whether the audit reflects the correct application of funds to customers'
2  accounts.  Given that Plaintiff has now justified his need for this information, and given that
3  Defendant's only remaining objection appears to be that it will not unredact the numbers without a
4  court order, the Court grants Plaintiff's request for copies of the audit-related documents that include
5  customer account numbers partially unredacted.  Although Plaintiff "would prefer" to have the
6  numbers fully unredacted, Plaintiff acknowledges that his need for the numbers is satisfied if just the
7  last four digits of the insurance and bank account numbers are disclosed.  (Dkt. No. 36 at 2.)
8  Maintaining the redactions for the remainder of the account numbers ensures that the third-party
9  customer's private information is not needlessly put at risk.

11       IT IS SO ORDERED.
12  Dated: December 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE