GARY A. ANGEL, CSB No. 70006
Email: angelgary@aol.con
FREAR STEPHEN SCHMID, CSB No. 96089
Email: frearschmid@aol.com
LAW OFFICES OF GARY A. ANGEL
177 POST STREET, EIGHTH FLOOR
SAN FRANCISCO, CA  94108
TELEPHONE:  (415) 788-5935
FACSIMILE:  (415) 788-5958

Attorneys for Plaintiff
JOSEPH HADDAD


KURT BOCKES, CSB No. 171647
Email: kbockes@littler.com
ANGELA J. RAFOTH, CSB No. 241966
Email: arafoth@littler.com
LITLLER MENDELSON, P.C.
650 CALIFORNIA STREET, 20TH FLOOR
SAN FRANCISCO, CA  94108-2693
TELEPHONE:  (415) 677-4095
FACSIMILE:  (415) 434-2302

Attorneys for Defendant
MONUMENTAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HADDAD,<br><br>            Plaintiff,<br><br>    v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No.  13-cv-01636-YGR<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

On February 24, 2014, the Court held a further Case Management Conference in the above referenced matter, the Honorable Yvonne Gonzalez Rogers, United States District Court Judge, presiding. After consideration of the pleadings and files in this case, and after discussion with counsel, the Court makes the following orders:

1. The case management schedule previously set in this matter is modified as follows:

    A. Fact discovery cut-off: March 14, 2014 as to written discovery propounded by Plaintiff and the depositions of Defendant's employees Joan Edinger and Justin Foreman only.

    B. Mediation Completion Deadline: April 2, 2014. The parties have agreed to mediation before the Hon. William Cahill (Ret.) at JAMS, and have confirmed Judge Cahill's availability to conduct a half-day mediation in this matter on March 28, 2014.

    C. Dispositive Motion Filing Deadline: April 22, 2014.

    All other deadlines remain as previously set, including the following:

    D. Expert witness disclosure: May 2, 2014.

    E. Expert discovery cut-off: June 18, 2014.

    F. Pretrial Conference: August 1, 2014.

    G. Jury Trial: August 18, 2014.

2. The summary judgment pre-filing conference required under the Standing Orders of the Court is set for April 4, 2014 at 9:30 a.m. Defendant (the moving party) shall file the required pre-filing statement by noon on April 1, 2014. Plaintiff's response to the pre-filing statement shall be filed by noon on April 3, 2014.

3. Discovery and disclosure deadlines that do not impact the Court's calendar, including fact discovery cut-off and expert disclosure deadlines, may be modified by stipulation of the parties without further order of the Court.

Dated:  March 3, 2014                         _____
                                              HONORABLE YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE

[**PROPOSED**] CASE MANAGEMENT ORDER     2.     Case No. 13-cv-01636-YGR

**APPROVED AS TO FORM**:

Dated:  February 26, 2014       By /s/ *Angela J. Rafoth*
                                                          KURT R. BOCKES
                                                          ANGELA J. RAFOTH
                                                          LITTLER MENDELSON
                                                          A Professional Corporation
                                                          Attorneys for Defendant
                                                          MONUMENTAL LIFE INSURANCE CO.

Dated: February 26, 2014       By /s/ *Gary A. Angel*
                                                          GARY A. ANGEL
                                                          FREAR STEPHEN SCHMID
                                                          LAW OFFICE OF GARY a. ANGEL
                                                          Attorney for Plaintiff
                                                          JOSEPH HADDAD

Firmwide:125656343.1 071786.1001